AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Fornix Holdings LLC and CP Productions, Inc.

*Plaintiff(s)*

v.

Preston Litchfield

*Defendant(s)*

Civil Action No. CV-26-05758-PHX-JAT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Preston Litchfield
8909 NW 84th St, Oklahoma City, OK 73132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David D. Lin
77 Sands Street, 6th Floor
Brooklyn, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/17/2026

*Signature of C*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ISSUED ON 3:48 pm, Aug 17, 2026**

**s/ Daniel R. McAllister, Clerk**